

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25mj271
Corrected Court Date: January 7, 2026

MIGUEL ALEJANDRO

### CRIMINAL INFORMATION

Misdemeanor - Violation Notice 7500779

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 10, 2025, at Naval Support Activity Hampton Roads, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MIGUEL ALEJANDRO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 10, 2025, at Naval Support Activity Hampton Roads, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MIGUEL ALEJANDRO, did unlawfully enter upon a Naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Lindsey Halligan
United States Attorney and Special Attorney

By: *Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: ashley.young@usdoj.gov

**4 December 2025**
Date